THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ERNST MUELLER, HERMAN SCHWARZMAN, BRUNO HAEH-NEL, ADDO RIELEFELD, HENRY HAUCK, HENRY WOLF-GANG and GERMAN AMERICAN SETTLEMENT LEAGUE, INC., Respondents.

Submitted April 3, 1939; decided April 4, 1939.

*Vahan H. Kalendarian* for motion.

*Fred J. Munder,* District Attorney (*Lindsay R. Henry* of counsel), opposed.

Motion granted and appeal dismissed on the ground that the appeal was not taken forthwith. (See *People* v. *Geffin,* 245 N. Y. 75.)